SLIP OPINION

Cite as 2014 Ark. 208

# ARKANSAS SUPREME COURT

No. CR-14-235

| | | |
|---|---|---|
| | | **Opinion Delivered**　　May 8, 2014 |
| TRACY M. STANDRIDGE | | |
| | PETITIONER | PRO SE PETITION FOR WRIT OF MANDAMUS |
| v. | | [BAXTER COUNTY CIRCUIT COURT, NO. 03CR-10-57] |
| HON. JOHN R. PUTMAN, CIRCUIT JUDGE | | |
| | RESPONDENT | PETITION DENIED. |

**PER CURIAM**

On March 13, 2014, petitioner Tracy Standridge filed the instant pro se petition for writ of mandamus. Petitioner contends that Circuit Judge John R. Putman has failed to act in a timely manner on a pro se petition pursuant to Arkansas Rule of Criminal Procedure 37.1 (2010) that he filed in the Baxter County Circuit Court on November 30, 2012. Petitioner seeks a writ from this court compelling Judge Putman to act on the petition.

Judge Putman filed a response to the mandamus petition on March 20, 2014, in which he stated that the Rule 37.1 petition was not assigned to his court. Appended to the response was a copy of the order of this court issued January 28, 2011, assigning Special Judge Robert McCorkindale to hear petitioner's cases and all ancillary proceedings that may arise in connection with those cases.

It is the responsibility of the petitioner to name the correct respondent in a mandamus action. As the Rule 37.1 petition is not assigned to Judge Putman's court, the petition for writ

of mandamus is denied.

Petition denied.

*Tracy M. Standridge*, pro se petitioner.

*Dustin McDaniel*, Att'y Gen., by: *Valerie Glover Fortner*, Ass't Att'y Gen., for appellee.